UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNABELLE CHARLIER,<br><br>                              Plaintiff,<br><br>            -v.-<br><br>21 ASTOR PLACE CONDOMINIUM, et al.,<br><br>                              Defendants. | 22 Civ. 05903 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

As addressed on the record at the initial pretrial conference held on June 5, 2023, Defendants 21 Astor Place Condominium; Residential Management Group, LLC d/b/a Douglas Elliman Property Management; William Ribbecke; and Board of Managers of the 21 Astor Place Condominium (the "Condo Defendants") anticipate filing a motion to dismiss. The parties shall comply with the following briefing deadlines:

      Condo Defendants' opening brief: **June 27, 2023**

      Plaintiff's opposition: **July 11, 2023**

      Condo Defendants' reply: **July 18, 2023**

Discovery is tentatively stayed while the parties brief the Condo Defendants' motion pursuant to the foregoing schedule.[1] The Court reserves decision on whether to further stay discovery pending the Court's disposition of the fully briefed motion.

      SO ORDERED.

Dated: June 6, 2023
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge

---

[1] Although counsel for Defendant Ricardo Proverbs has stated that Proverbs does not intend to file or otherwise join the Condo Defendants' motion to dismiss, the stay of discovery extends to Proverbs as well.