

**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**

1430 Broadway, 8th Floor, New York, NY 10018 • P: 212-201-1170 • F: 212-937-3330
www.agmblaw.com

September 16, 2024

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 18D
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2024

Re:   *Charlier v. 21 Astor Place Condominium et al.*, Case No. 1:22-cv-05903

Dear Magistrate Judge Lerhburger:

We are the attorneys for the condominium defendants in the referenced action. We write to the Court with the consent of all parties. By Order dated September 5, 2024, you directed the parties to meet and confer by September 16, 2024 and to file a case management plan.

The parties have conferred on this matter and all concur that private mediation of the dispute at this time and before the commencement of discovery would be appropriate. It is notable that the defendant at the center of the dispute, Ricardo Proverbs, has limited financial means and does not have the resources to participate in what is anticipated to be protracted discovery should this matter not settle at mediation. Hence, the parties believe it is critical at this time, to pursue resolution efforts in lieu of commencing discovery. Accordingly, the parties respectfully request that discovery be stayed for 120 days pending the parties' participation in mediation. Counsel for plaintiff has, likewise, consented to extend the date for the condominium defendants to respond to the complaint to and including 30 days after the completion of mediation.

We respectfully request that the Court "So Order" this relief.

Respectfully submitted,

*Barry G. Margolis*

Barry G. Margolis

cc: Counsel of Record (via ECF)

Request granted. Proceedings are stayed until January 16, 2025, so that the parties can attempt to resolve this matter through mediation. By the earlier of January 21, 2025, or within five days of completion of mediation, the parties shall jointly file a status report.

SO ORDERED:

09/16/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE